UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No 1:19CV00595

DANETTE SCOTT,                          )
                                        )
    Plaintiff,              )
                                        )          STIPULATION OF DISMISSAL
vs.                                     )
                                        )
GRAPHIC PACKAGING INTERNATIONAL,)
LLC,                                    )
                                        )
    Defendant.              )

    COMES NOW the Plaintiff, Danette Scott,  by and through the undersigned

counsel, and stipulates to the dismissal with prejudice of all claims asserted by Plaintiff

against Defendant herein, pursuant to Rule 41(a) (1)(A)(ii) of the Federal Rules of Civil

Procedure.

    The Parties further stipulate that each party will individually bear responsibility

for all monetary expenditures made in litigating this action.

    Respectfully submitted, this the_____10th_____ day of July, 2020.


/s/ Terri R. Stewart,                    s/ Nancy P. Quinn
Attorney for Defendant                   Attorney for Plaintiff
GA State Bar No. _____                N.C. State Bar No. 16799
1075 Peachtree NE., Suite 3500           315 Spring Garden St., Suite 1D
Atlanta, GA 30309                        Greensboro, NC 27401
Telephone: (404)231-1400                 Telephone: (336)272-9072
Email: tstewart@fisherphillips.com       Email: npquinn@thequinnlawfirm.com